IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CONNIE WILLIAMS**                                                                                    **PLAINTIFF**

**v.**                            **CASE NO. 2:24-CV-00012-BSM**

**STERLING MEDICAL CORPORATION**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE